UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN B. GILCHRIST,
                    Plaintiff,

-vs-                                            Case No. 6:06-cv-1701-Orl-28UAM

COMMISSIONER OF SOCIAL
SECURITY,
                    Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS** (Doc. No. 9) |
| FILED: | June 11, 2007 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff Robin B. Gilchrist, through counsel Shea Fugate, Esq., filed his complaint in this case on September 5, 2006, appealing to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits. Doc. No. 1. The Commissioner filed an answer on April 2, 2007. Doc. No. 7.

Fugate has filed "Plaintiff's Uncontested Motion to Dismiss" (now before the Court) in which she asks the Court to dismiss Plaintiff's case with prejudice. Doc. No. 9. The Commissioner does not oppose the motion, and the parties agree that each party will be responsible for "their own costs associated with this action." *Id.* at 1.

The motion does not comply with Federal Rule of Civil Procedure 41(a)(1)(ii), and does not specify whether each party will be responsible for their own attorney's fees incurred in this case. Nonetheless, as the Commissioner does not object to the motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), the undersigned recommends that Plaintiff's Uncontested Motion to Dismiss [Doc. No. 9] be **GRANTED**, and that the case be **DISMISSED with prejudice**, with each party to bear their own fees and costs associated with this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 13, 2007.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon II
Counsel of Record
Courtroom Deputy