UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBIN B. GILCHRIST,
        Plaintiff,

-vs-                                            Case No. 6:06-cv-1701-Orl-28JGG

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.
_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion to Dismiss. (Doc 9.) The United States Magistrate Judge has submitted a report recommending that the motion be granted and that the case be dismissed with prejudice pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure. (Doc. 10.)

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed and that the initial motion was uncontested, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. Plaintiff's Motion to Dismiss (Doc. 9) is **GRANTED** and this case is **DISMISSED with prejudice** with each party to bear their own fees and costs associated with this action.

2. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10__ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party